**Order entered January 18, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00498-CR

**BRADRICK JERMAINE COLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA17-18552-F**

## ORDER

Before the Court is appellant's January 16, 2019 first motion to amend/supplement his brief. Appellant requests that the Court "grant leave to accept and stamp as FILED" an amended brief. Although the Court received the motion, no amended brief was tendered that could be accepted and stamped as filed.

Accordingly, the Court **GRANTS** appellant's motion to the extent appellant is permitted to file an amended brief within **TEN DAYS** of the date of this order.

           /s/     LANA MYERS
                    JUSTICE